IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:13CR103 |
| | ) | |
| Plaintiff, | ) | JUDGE LESLEY WELLS |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOS KARASARIDES, | ) | MOTION OF THE |
| | ) | UNITED STATES FOR A |
| Defendant. | ) | <u>FINAL ORDER OF FORFEITURE</u> |
| | ) | |

NOW COMES the United States of America, by and through the undersigned counsel, and moves this Court for the issuance of a Final Order of Forfeiture in the above-captioned case. A proposed Final Order of Forfeiture is attached hereto. This motion is supported by the following:

1. The United States hereby incorporates by reference, as though fully set forth herein, all of its averments contained in the Amended Motion of the United States for a Preliminary Order of Forfeiture filed on June 6, 2014.

2. On June 10, 2014, this Court initially forfeited the following properties subject to the provisions of 21 U.S.C. § 853(n):

    a.    Dell desk top computer, serial # 18DSKF1;

    b.    Blue/silver colored desk top computer, no visible serial #;

    c.     Apple Mac Book, serial # W80423MHATM;

    d.     Apple Mac Book Air with adapter, serial # C02FQ42WDDQX;

    e.     Apple Mac Book with power cord, serial # W800886D7XJ;

    f.     Apple IPad, serial #GB0194ZBETV;

    g.     Apple IPhone with Morphie case, serial # C8VF7KYLDDP7;

    h.     $17,839.00 in U.S. currency; and

    i.     $12,161.00 delivered to the United States on the date of sentencing in the form of a check.

3.    Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the initially forfeited properties are entitled to a judicial determination of the validity of the legal claims or interest they assert.

4.    The United States published notification of the Court's Preliminary Order of Forfeiture on www.forfeiture.gov, an official government internet site for 30 consecutive days. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject properties.

5.    No claims were made to the initially forfeited properties.

WHEREFORE, the United States moves this Court for a Final Order of Forfeiture declaring the following properties forfeited to the

United States and directing the United States to dispose of them in accordance with law:

a.  Dell desk top computer, serial # 18DSKF1;

b.  Blue/silver colored desk top computer, no visible serial #;

c.  Apple Mac Book, serial # W80423MHATM;

d.  Apple Mac Book Air with adapter, serial # C02FQ42WDDQX;

e.  Apple Mac Book with power cord, serial # W800886D7XJ;

f.  Apple IPad, serial #GB0194ZBETV;

g.  Apple IPhone with Morphie case, serial # C8VF7KYLDDP7;

h.  $17,839.00 in U.S. currency; and

i.  $12,161.00 delivered to the United States on the date of sentencing in the form of a check.

          Respectfully submitted,

          STEVEN M. DETTELBACH
          United States Attorney

By:   /s/ Phillip J. Tripi
          Phillip J. Tripi
          Reg. No. 0017767
          Assistant U.S. Attorney
          United States Court House
          801 West Superior Avenue, Suite 400
          Phone: (216) 622-3769
          Fax: (216) 522-7499
          Phillip.Tripi@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that on this 24th day of June, 2015, the foregoing "Motion of the United States for a Final Order of Forfeiture" and proposed "Final Order of Forfeiture" were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 /s/ Phillip J. Tripi
Phillip J. Tripi
Assistant U.S. Attorney